No. 97–6244. GRIFFIN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 97–6247. GRIFFIN v. LEHMAN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6253. SMITH v. OHIO DEPARTMENT OF HUMAN SERVICES. Ct. App. Ohio, Clermont County. Certiorari denied.

No. 97–6260. LABANKOFF ET AL. v. PAGE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–6262. JAMHOURY v. DRAKE ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6263. JORDAN v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6264. PREWITT v. HUGGINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6271. WATERS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–6276. LANCASTER v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 97–6277. MONROE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6297. FABIAN v. CITY OF MIAMI. C. A. 11th Cir. Certiorari denied.

No. 97–6302. BLANDINO v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–6326. DEMAREY v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6333. WADE v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.